THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| GARY BENNETT SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL CASE |
| vs. | ) | NO. 1:25-cv-00364-MR-WCM |
| | ) | |
| VICKI JENNINGS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| GARY BENNETT SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL CASE |
| vs. | ) | NO. 1:25-cv-00365-MR-WCM |
| | ) | |
| ESTHER E. MANHEIMER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| GARY BENNETT SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL CASE |
| vs. | ) | NO. 1:25-cv-00366-MR-WCM |
| | ) | |
| PAMELA BONDI, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**MEMORANDUM OF DECISION AND ORDER**

**THIS MATTER** is before the Court *sua sponte*.

On November 18, 2025, the Court entered an Order dismissing these civil actions as frivolous and directing the Plaintiff to show cause why a pre-filing review system should not be imposed. [Doc. 3]. The Plaintiff has not responded to the Court's Order.

For all of the reasons set forth in the Court's prior Order, the Court will direct that all documents submitted by the Plaintiff in the future will be pre-screened by the Court for content. Any proposed filings that are not made in good faith or which lack substance or merit will be returned to the Plaintiff without further explanation. Such a review system "will allow Plaintiff to have access to the Courts for his legitimate concerns, but will prevent him from usurping the Court's resources with his baseless submissions." Vandyke v. Francis, No. 1:12-CV-128-RJC, 2012 WL 2576747, at *3 (W.D.N.C. July 3, 2012).

**IT IS, THEREFORE, ORDERED** that these actions are hereby **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that a pre-filing review system is hereby imposed, and all documents submitted by the Plaintiff in the future, whether in this case or in any other action filed in this District, will be pre-screened by the Court for content. Any proposed filings that are not made in good faith

or which lack substance or merit will be returned to the Plaintiff without further explanation.

The Clerk of Court is respectfully directed to close these civil cases.

**IT IS SO ORDERED.**

Signed: December 10, 2025

Martin Reidinger
Chief United States District Judge